## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

| | | |
|---|---|---|
| Barbara Streit, et al. | | |
| | Plaintiff, | |
| v. | | Case No.: 1:15−cv−02461 |
| | | Honorable Sharon Johnson Coleman |
| Metropolitan Casualty Insurance Company | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 28, 2016:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Joint motion for entry of final judgment [49]is granted. Judgment is entered in favor of the plaintiffs and against defendant and on defendants affirmative defense. Judgement is entered in favor of the plaintiffs and against defendant on Count II of the Complaint in the amount of $235,000.00. Count III of the Complaint is dismissed, with prejudice. The plaintiffs waive any claim of prejudgment interest and costs. In the event Metropolitan pays the mortgagee claim submitted by Nationstar Mortgage, then Metropolitan will be entitled to a set−off against the $235,000 judgment, to the extent of its payment. If the mortgagee claim is paid, then Metropolitan will release any assignment it takes to the extent of such payment if Metropolitan appeals this judgment order and it is affirmed. All future dates are stricken and any and all outstanding matters are dismissed, with prejudice. Enter Final Judgment Order. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.